

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  11/18/2019

November 13, 2019

**BY ECF**

The Honorable Vernon Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States v. David Toles, et. al.*, (18 Cr. 841) (VSB)
     Modification of Bail Conditions for Friengy Caraballo

Dear Judge Broderick:

We write on behalf of Friengy Caraballo, a defendant in the above-captioned case, to request a modification of his bail conditions with the consent of both Pretrial Services and the government. Both Pretrial Services and the government have consented to the removal of the location monitoring condition in Mr. Caraballo's original bail conditions, along with the removal of all curfew restrictions.  We respectfully request that the Court approve this modification of Mr. Caraballo's bail conditions. Thank you for your consideration of this matter.

Sincerely,


*/s/ Michael J. Gilbert*

Michael J. Gilbert
Dechert LLP
212-698-3886
Micahel.gilbert@dechert.com

Shriram Harid
Dechert LLP
212-649-8744
Shriram.harid@dechert.com

CC:    AUSA Tara La Morte (By ECF)
       Pretrial Services Officer Jonathan Lettieri