

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

MICHAEL J. GILBERT

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

December 5, 2019

**BY ECF**

The Honorable Vernon Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. David Toles, et al.*, 18 Cr. 841 (VSB)

Dear Judge Broderick:

We write on behalf of Friengy Caraballo, a defendant in the above-captioned case.  With the government's consent, we request that the Court adjourn the conference scheduled for December 6, 2019 at 3:45 p.m. for approximately 30 days.  As the Court is aware, Mr. Caraballo submitted an application to the Government requesting a deferred prosecution or misdemeanor plea disposition.  The parties have reached agreement, in principle, that Mr. Caraballo will be pleading guilty to a misdemeanor.  An adjournment will permit the parties to continue discussions regarding this disposition and execute the necessary documentation.  We consent to the exclusion of time between today and the date of the rescheduled conference, pursuant to 18 U.S.C. § 3161(h)(7)(A).  Thank you for your consideration of this matter.

Respectfully Submitted,

*/s/ Michael J. Gilbert*

Michael J. Gilbert
Dechert LLP
212-698-3886
michael.gilbert@dechert.com

Shriram Harid
Dechert LLP
212-649-8744
shriram.harid@dechert.com

CC:   AUSA Tara LaMorte (By ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/5/2019

The status conference scheduled for December 6, 2019 is hereby adjourned to January 9, 2020 at 10:30 a.m. The adjournment is necessary to permit the parties time to continue discussing a pretrial disposition of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 5, 2019 and January 9, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.